DELORIS J. MEHRENS, APPELLEE, V. DUANE L. MEHRENS, APPELLANT.
512 N.W.2d 367

Filed February 25, 1994.   No. S-92-395.

David Geier, of Healey & Wieland Law Firm, for appellant.

Con M. Keating, of Bruckner, O'Gara, Keating, Hendry, Davis & Nedved, P.C., for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, FAHRNBRUCH, and LANPHIER, JJ., and GRANT, J., Retired.

PER CURIAM.

This appeal arises from a marriage dissolution action. The trial court dissolved the marriage, divided the property, and

awarded alimony for the support of the petitioner. The respondent appeals the order of the district court.

We conclude, from our de novo review of the record, that the district court did not abuse its discretion in its division of the property or in the award of alimony.

The judgment is therefore affirmed.

AFFIRMED.